IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANICE LARIVIERE,

Plaintiff,

v.                                                                                    No. 16-1138-DRH

BOARD OF TRUSTEES OF
SOUTHERN ILLINOIS UNIVERSITY,
Governing SOUTHERN ILLINOIS
UNIVERSITY-EDWARDSVILLE,
PAUL FULIGNI[1], DONNA MEYER,
and KENNETH NEHER,

Defendants.

## MEMORANDUM and ORDER

**HERNDON, District Judge:**

Pending before the Court is defendant Estate of Kenneth Neher's April 25, 2018 motion to dismiss (Doc. 119). Specifically, the Estate of Kenneth Neher moves to dismiss the claims for punitive damages against it in Counts III, IV and V as those claims extinguished upon Kenneth Neher's death. As of this date, plaintiff has not responded to the motion.[2] Thus, pursuant to Local Rule 7.1, the Court considers the failure to respond as an admission to the merits of the motion. Accordingly, the Court **GRANTS** the motion to dismiss (Doc. 119). The Court

---
[1] The Court notes that plaintiff's fourth amended complaint (like her original complaint) contains the wrong name of this defendant. The caption contains the correct spelling/name.
[2] Local Rule 7.1(c) provides in part: "Failure to timely file a response to a motion may, in the Court's discretion, be considered an admission of the merits of the motion."

Page **1** of **2**

**DISMISSES with prejudice** the punitive damages claims in Counts III, IV and V against the Estate of Kenneth Neher. The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same at the close of the case.

    **IT IS SO ORDERED.**

*Signed:* Judge Herndon
2018.05.31
13:43:19 -05'00'

United States District Judge